THE NATIONAL COMMERCIAL BANK of Albany, Appellant, *v.* CHARLOTTE C. GRAY, Individually, etc., et al., Respondents.

(Argued January 15, 1895; decided January 29, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon

an order made May 9, 1893, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Circuit and Special Term.

*Abraham Lansing* for appellant.

*Jacob H. Clute* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____